NUMBER 13-04-289-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
VICTOR HINOJOSA, JR.,                                                   Appellant,

v.

IRMA RIVERA HINOJOSA,                                                  Appellee.
____________________________________________________________________

On appeal from the 148th District Court
of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Garza
Memorandum Opinion Per Curiam

         Appellant, VICTOR HINOJOSA, JR., perfected an appeal from a judgment
entered by the 148th District Court of Nueces County, Texas, in cause number 03-4485-E. After the record was filed, appellant filed a motion to dismiss the appeal. In
the motion, appellant states that this case has been resolved and appellant no longer
wishes to prosecute this appeal. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 27th day of January, 2005.